IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| JAMES R. GLASS, JR., )<br>)<br>)<br>Plaintiff, )<br>)<br>)<br>v. )<br>)<br>THE BEST SERVICE CO., INC., )<br>)<br>Defendant. )<br>)<br>) | Civil Action No. 08-1021 JTM |

**NOTICE OF DISMISSAL WITH PREJUDICE**

COMES NOW, plaintiff James R. Glass, Jr., by his counsel, Joseph H. Cassell of Redmond & Nazar, L.L.P., and hereby notifies the court, pursuant to Rule 41(a)(1)(A)(i), that he hereby dismisses the above captioned cause of action against defendant Best Service Company, Inc. with prejudice at the cost of the plaintiff.

REDMOND & NAZAR, L.L.P.
245 North Waco Street
402 Farm Credit Building
Wichita, Kansas 67202
Telephone: (316) 262-8361
Facsimile: (316) 263-0610
Cell phone: (316) 371-9586
e-mail: jhcassell@redmondnazar.com

By:     s/ Joseph H. Cassell
Joseph H. Cassell #10861
Attorneys for plaintiff
James R. Glass, Jr.